UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BOARD & BATTEN INTERNATIONAL INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 4:22-cv-00975 ) ) |
| SKYWALKER HOLDINGS, LLC DBA SKYWALKER TRAMPOLINES, | ) ) ) |
| Defendant. | ) ) |

### ORDER

Before the Court is Plaintiff Board & Batten International Inc.'s Motion for Leave to Obtain Expedited Venue Discovery and to Extend the Deadline to Respond to Defendant Skywalker Holdings LLC's Motion to Dismiss or to Transfer Venue (the "Motion" – Dkt. #12). The Court, having reviewed the Motion and Defendant's Notice of Limited Non-Opposition thereto (Dkt. #13), hereby **GRANTS** the Motion as follows:

It is hereby ORDERED that Plaintiff is granted leave to conduct expedited discovery and may propound four requests for production and four interrogatories on Defendant with an applicable time period of January 1, 2021, through present. These interrogatories will not count against any limits imposed by the Federal Rules, Local Civil Rules, or this Court's individual practices and procedures.

It is further ORDERED that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss or to Transfer Venue (Dkt. 3#) is hereby extended to no earlier than 21 days after Plaintiff obtains the requested discovery.

IT IS SO ORDERED.
SIGNED this 8th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE